admission, under the Rules of the Southern District of Florida an attorney must be a member in good standing of the Florida Bar.

Kandekore's claim that "engrafting" a requirement of membership in the state bar onto Rule IX violates his due process rights is without merit. First, Rule IX should be construed consistently with Rules 1 and 3. Second, in the area of bar-related issues, due process is limited to "want of notice or opportunity to be heard." *Calvo,* 88 F.3d at 967. Kandekore had such notice and opportunity here. Similarly, as to Kandekore's third argument on appeal, his due process rights were not violated because the district court did not arbitrarily deny his reinstatement.

## II. CONCLUSION

Because Kandekore is no longer a member of the Florida Bar, and state bar membership is required for an attorney to be reinstated to the district court bar, the district court did not err by denying his petition for reinstatement.

**AFFIRMED.**

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, HULL and WILSON, Circuit Judges.

PER CURIAM.

Gerald S. Bettman, appointed counsel for Kurt Allen Kimble in this direct criminal appeal, has moved to withdraw from further representation of Kimble and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kimble's conviction and sentence are **AFFIRMED**.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kurt Allen KIMBLE, Defendant–Appellant.**

No. 04–16227

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 20, 2005.

Gerald S. Bettman, Jacksonville, FL, for Defendant–Appellant.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donnell NORWOOD, Defendant–Appellant.**

No. 04–15214.

D.C. Docket No. 04–00030–CR–F–N–2.

United States Court of Appeals, Eleventh Circuit.

July 20, 2005.